# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EDWARD L. BOYD AND**
**VERNA BOYD**                                                                      **PLAINTIFFS**

**V.**                                       **4:19CV00266 JM**

**CITY OF HELENA-WEST HELENA, et al,**                          **DEFENDANTS**

## ORDER

Plaintiff has filed a Notice of Dismissal Without Prejudice all claims against the Defendants. The Court finds that Plaintiff's motion (ECF No. 22) should be, and hereby is, GRANTED. The Court notes that Plaintiff's right to re-file these claims against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the claims against the Defendants.

The Motion to Dismiss (ECF No 22) is GRANTED. The Clerk is directed to close the case. The trial scheduled for August 3, 2020 is cancelled.

IT IS SO ORDERED this 15th day of May, 2020.

_____
James M. Moody Jr.
United States District Judge